AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Seneca Roberts,<br>*Petitioner*<br>v.<br>M. Travis Bragg,<br>*Respondent* | )<br>)<br>)  Civil Action No. 9:21-cv-01249-JD<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Petitioner, Seneca Roberts's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 is denied.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph Dawson, III, United States District Judge, presiding.

Date:  March 15, 2022

*ROBIN L. BLUME, CLERK OF COURT*

s/A Snipes

*Signature of Clerk or Deputy Clerk*